IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eileen Tison,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Capital One NA, et al.,<br><br>　　　　　Defendants. | No. CV-24-00415-TUC-JCH<br><br>**ORDER** |

　　　　Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Capital One, N.A. filed a stipulation that Capital One, N.A. may be dismissed with prejudice, at which point all Defendants will have been dismissed. Doc. 27. Accordingly,

　　　　**IT IS HEREBY ORDERED granting** the Stipulation (Doc. 27) and **dismissing with prejudice** Defendant Capital One, N.A., each party to bear its own fees and costs.

　　　　**IT IS FURTHER ORDERED directing** the Clerk of Court to close this matter.

　　　　Dated this 13th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　John C. Hinderaker
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge